**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

THE JOSEPH AND FLORENCE KADLUBEK
REVOCABLE TRUST,

    Plaintiff,

vs.                                                                                     No. CIV 09-0325 JB/RHS

4401 MENAUL, LLC, a New Mexico
limited liability company, PRIME PROPERTIES,
LLC, a New Mexico limited liability company,
PETERSON PROPERTIES REAL ESTATE
SERVICES, INC., a New Mexico corporation,
and JOHN DOES I & II,

    Defendants.

4401 MENAUL, LLC,

    Counter-Plaintiff

vs.

THE JOSEPH AND FLORENCE KADLUBEK
REVOCABLE TRUST,

    Counter-Defendant.

4401 MENAUL, LLC,

    Third-Party Plaintiff,

vs.

DE WETTER HOVIOUS, INC.,

    Third-Party Defendant.

**ORDER**

    **THIS MATTER** comes before the Court on Third-Party Defendant de Wetter Hovious,

Inc.'s Motion to Compel Production of Documents from Third-Party Defendant 4401 Menaul, LLC, filed November 2, 2009 (Doc. 47). The Court held a hearing on December 17, 2009. At that time, the parties submitted the withheld documents to the Court for *in camera* review. The primary issue is whether the work-product doctrine protects from disclosure any of the challenged documents. After reviewing the submitted documents, the Court concludes that the documents were not prepared in anticipation of litigation and that the work-product doctrine does not apply to them. The Court therefore orders that Defendant 4401 Menaul, LLC disclose the documents to Third-Party Defendant de Wetter Hovious, Inc.

**IT IS ORDERED** that Third-Party Defendant de Wetter Hovious, Inc.'s Motion to Compel Production of Documents from Third-Party Defendant 4401 Menaul, LLC is granted and that 4401 Menaul, LLC must disclose to de Wetter Hovious, Inc. the documents that the Court was asked to review *in camera*.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Randall L. Thompson
Randall L. Thompson, P.C.
Albuquerque, New Mexico

> *Attorney for the Plaintiff and Counter Defendant the Joseph and Florence Kadlubek Revocable Trust*

Adams E. Lyons
Eric R. Burris
Brownstein Hyatt Farber Schreck, PC
Albuquerque, New Mexico

> *Attorneys for Defendant Peterson Properties Real Estate Services, Inc. and Defendant, Counter Claimant, and Third-Party Plaintiff 4401 Menaul, LLC*

Matthew K. Hironaka
Steven S. Scholl
Dixon Scholl & Bailey, PA
Albuquerque, New Mexico

*Attorneys for Third-Party Defendant de Wetter Hovious, Inc.*